| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF OKLAHOMA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Prime Harvest, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4978592** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **22793 Farm Market 410N** **Detroit, TX 75436** Number, Street, City, State & ZIP Code | **510 Airport Road** **Guthrie, OK 73044** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Red River** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 1

Debtor **Prime Harvest, Inc.**          Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Prime Harvest, Inc.**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **Burgess Bungalow, LLC** |
| District | **Western District of Oklahoma** |
| When | **4/01/24** |
| Relationship | **Affiliate** |
| Case number, if known | **24-10840** |

11. **Why is the case filed in *this district*?**    *Check all that apply:*
    - ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ■ No
    - ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.    Insurance agency _____
    　　　　　Contact name _____
    　　　　　Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    .    *Check one:*
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

Debtor **Prime Harvest, Inc.**  Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Prime Harvest, Inc.**         Case number (*if known*)
       Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 29, 2024**
             MM / DD / YYYY

X **/s/ Calvin Burgess**                              **Calvin Burgess**
  Signature of authorized representative of debtor    Printed name

Title  **President**


**18. Signature of attorney**

X **/s/ Stephen J. Moriarty**                Date **March 29, 2024**
  Signature of attorney for debtor                MM / DD / YYYY

**Stephen J. Moriarty 6410**
Printed name

**Fellers, Snider et al**
Firm name

**100 N. Broadway, STE 1700**
**Oklahoma City, OK 73102-8820**
Number, Street, City, State & ZIP Code

Contact phone **405-232-0621**    Email address **smoriarty@fellerssnider.com**

**6410 OK**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Prime Harvest, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Monthly Income and Expenses**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 29, 2024**         X **/s/ Calvin Burgess**
                                         Signature of individual signing on behalf of debtor

                                         **Calvin Burgess**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Prime Harvest, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barbara Waterston**<br>**6566 France Ave.**<br>**#1203**<br>**Edina, MN 55435** | | | | | | $50,000.00 |
| **Calvin Burgess**<br>**22793 FM 410N**<br>**Detroit, TX 75436** | | Wages | | | | $40,796.42 |
| **Carter's Salvage**<br>**12772 OK98**<br>**Valliant, OK 74764** | | | | | | $16,000.00 |
| **City of Idabel**<br>**201 East Main Street**<br>**Idabel, OK 74745** | | | | | | $200.00 |
| **Elliott Electric Supply**<br>**P.O. Box 206524**<br>**Dallas, TX 75320** | | | | | | $6,794.22 |
| **John Hagan**<br>**1229 Westlake Road**<br>**Cleburne, TX 76033** | | | | | | $125,000.00 |
| **Jones Hewling**<br>**5025 Sunset View**<br>**Paris, TX 75462** | | Wages | | | | $21,507.30 |
| **Lost Creek Prop d/b/a Ewbank Drilling**<br>**PO Box 148**<br>**Fairview, OK 73737** | | | | | | $50,000.00 |
| **Mitchell Welding Supply**<br>**P.O. Box 4426**<br>**Tyler, TX 75712** | | | | | | $941.56 |
| **Optimum Process System, LLC**<br>**PO Box 203**<br>**Waco, TX 76703** | | | | | | $45,613.67 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Prime Harvest, Inc.**     Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Red River County Appraisal District** **PO Box 461** **Clarksville, TX 75426** | | | | | | $34,064.53 |
| **Rob Pendley** **2417 NW 51st** **Oklahoma City, OK 73112** | | | | | | $28,957.03 |
| **Susan Burgess** **22793 FM 410N** **Detroit, TX 75436** | | | | | | $55,000.00 |
| **Texas Pride Fuels, Ltd** **P.O. Box 732559** **Dallas, TX 75373** | | | | | | $6,181.15 |
| **Tonya R Martin Tax Assessor** **200 N. Walnut** **Clarksville, TX 75426** | | | | | | $23,255.04 |
| **Total Compliance Connection, L.L.C** **P.O. Box 238** **Norman, OK 73070** | | | | | | $4,500.00 |
| **Vision for You LLC** **600 Stephens Port Drive** **Suite 104** **Dakota Dunes, SD 57049** | | | | | | $100,000.00 |
| **WRFS** **PO Box 862** **Menomonie, WI 54751** | | | | | | $6,750.00 |

# United States Bankruptcy Court
## Western District of Oklahoma

In re **Prime Harvest, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Calvin Burgess**<br>**510 Airport Road**<br>**Guthrie, OK 73044** | **Common** | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 29, 2024**          Signature **/s/ Calvin Burgess**
                                           **Calvin Burgess**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of Oklahoma

In re  __Prime Harvest, Inc.__                                    Case No. _____

                    Debtor(s)                                     Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __March 29, 2024__            __/s/ Calvin Burgess__
                                     __Calvin Burgess__/__President__
                                     Signer/Title

BARBARA WATERSTON
6566 FRANCE AVE.
#1203
EDINA MN 55435


CALVIN BURGESS
22793 FM 410N
DETROIT TX 75436


CARTER'S SALVAGE
12772 OK98
VALLIANT OK 74764


CITY OF IDABEL
201 EAST MAIN STREET
IDABEL OK 74745


ELLIOTT ELECTRIC SUPPLY
P.O. BOX 206524
DALLAS TX 75320


JOHN HAGAN
1229 WESTLAKE ROAD
CLEBURNE TX 76033


JONES HEWLING
5025 SUNSET VIEW
PARIS TX 75462


LEGACY BANK
2801 W. MEMORIAL
OKLAHOMA CITY OK 73134


LOST CREEK PROP D/B/A EWBANK DRILLING
PO BOX 148
FAIRVIEW OK 73737

```
MITCHELL WELDING SUPPLY
P.O. BOX 4426
TYLER TX 75712


OPTIMUM PROCESS SYSTEM, LLC
PO BOX 203
WACO TX 76703


RED RIVER COUNTY APPRAISAL DISTRICT
PO BOX 461
CLARKSVILLE TX 75426


ROB PENDLEY
2417 NW 51ST
OKLAHOMA CITY OK 73112


SUSAN BURGESS
22793 FM 410N
DETROIT TX 75436


TEXAS PRIDE FUELS, LTD
P.O. BOX 732559
DALLAS TX 75373


TONYA R MARTIN TAX ASSESSOR
200 N. WALNUT
CLARKSVILLE TX 75426


TOTAL COMPLIANCE CONNECTION, L.L.C
P.O. BOX 238
NORMAN OK 73070


VISION FOR YOU LLC
600 STEPHENS PORT DRIVE
SUITE 104
DAKOTA DUNES SD 57049
```

```
WRFS
PO BOX 862
MENOMONIE WI 54751
```

# United States Bankruptcy Court
## Western District of Oklahoma

In re **Prime Harvest, Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Prime Harvest, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 29, 2024**
Date

**/s/ Stephen J. Moriarty**
**Stephen J. Moriarty 6410**
Signature of Attorney or Litigant
Counsel for **Prime Harvest, Inc.**
**Fellers, Snider et al**
**100 N. Broadway, STE 1700**
**Oklahoma City, OK 73102-8820**
**405-232-0621 Fax:405-232-9659**
**smoriarty@fellerssnider.com**